UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



**JUDGMENT IN A CIVIL CASE**

ANTHONY CLARKE

      Plaintiff,

VS.                                                        NO. 1:04-CV-1275-T/AN

PHIL BREDESEN, ET AL

      Defendants.


[X] DECISION BY THE COURT. This action came to consideration before the Court; the issues having been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled matter on May 3, 2005, this matter is hereby DISMISSED. It is further CERTIFIED that any appeal taken by plaintiff is not taken in good faith.


APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


ROBERT R. DI TROLIO, CLERK

BY: _____
      DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  05-09-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:04-CV-01275 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Anthony Glen Clarke
P. O. Box 24
Saltillo, TN 38370

Honorable James Todd
US DISTRICT COURT